**NATALIE K. WIGHT, OSB #035576**
United States Attorney
District of Oregon
**M. ALEX DELORENZO, OSB #203641**
Assistant United States Attorney
M.Alex.DeLorenzo-Lawley@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204
Telephone: (503) 727-1000
Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VERONICA VASQUEZ,<br><br>Defendant. | CASE NO.:<br><br>COMPLAINT FOR DEBT OWED TO THE UNITED STATES |

Plaintiff, United States of America, brings this Complaint seeking to collect civil penalties against Veronica Vasquez ("Defendant") for the importation of counterfeit merchandise determined to be infringing on multiple trademarks under 19 U.S.C. § 1526(f).

NATURE OF THE ACTION

1. This is a civil action brought to collect a civil penalty of $882,368.00 pursuant to 19 U.S.C. § 1526(f) and 19 C.F.R. § 133.27(a). U.S. Customs and Border Protection ("Customs") imposed penalties on Defendant for importing merchandise that infringed on 31 registered and recorded trademarks, including those of Louis Vuitton, Gucci, Christian Dior, and Burberry.

JURISDICTION AND VENUE

2. This Court has jurisdiction over this matter under 28 U.S.C. § 1345.

3. Venue is proper in the District of Oregon under 28 U.S.C. § 1391(b)(1) because the Defendant is a resident of Deschutes County, Oregon, and is proper under 28 U.S.C. § 1395(a) because the penalties accrued in Oregon and under 28 U.S.C. § 1391(b)(2) because a substantial part of the events giving rise to the claims occurred in this district.

FACTUAL BACKGROUND

4. On March 30, 2020, Customs seized nine DHL express packages in Portland, Oregon. On April 2, 2020, two additional DHL express packages were seized. Defendant was the Importer of Record on all eleven seized packages. Exhibit 1, pg. 1, Notice of Penalty, Dated: October 21, 2020.

5. The seized packages were found to have contained counterfeit merchandise, including handbags, wallets, belts, ball caps, sweaters, t-shirts, sweatsuits, backpacks, and jewelry which infringed on 31 different registered trademarks. Exhibit 1, pgs. 1, 3-7. The packages were forfeited under 19 U.S.C. § 1526(e). *Id*.

6. Customs assessed a civil penalty of $882,368.00 (equal to not more than the value the merchandise would have had if it were genuine, according to the manufacturer's suggested retail price) against Defendant on October 21, 2020. Exhibit 1. Defendant had 60 days, until December 20, 2020, to pay the penalty or file a petition for relief. *Id*.

7. Defendant took neither action and on December 26, 2020, Customs issued a first notice demand for the full $882,368.00 penalty, due January 5, 2021. Exhibit 2.

8. Defendant failed to pay the assessed penalty, and on January 9, 2021, Customs issued a second demand notice for the full $882,368.00 penalty, due immediately. Exhibit 3.

9. Defendant again failed to pay the assessed penalty. On January 23, 2021, Customs issued a third and final demand notice for the full $882,368.00 penalty. The final demand noted that the matter would be referred for legal action ten days from the date of notice. Exhibit 4.

10. Defendant failed to pay the assessed penalty. On March 25, 2021, Customs again reached out to Defendant offering an additional 15 days, until April 9, 2021, for her to make her payment and avoid litigation. Exhibit 5.

11. Defendant again failed to pay the assessed penalty. On June 7, 2024, the U.S. Attorney's Office sent a letter, demanding payment. Exhibit 6. As of the date of this filing, Defendant has failed to respond.

12. To date, no payment has been made toward the penalty. The Certificate of Indebtedness provides that Defendant is indebted to the United States in the principal total amount of $882,368.00. Exhibit 7.

## CAUSE OF ACTION

13. Defendant's debt to the United States remains unpaid despite several demands for payment.

14. The Federal Debt Collection Procedures Act ("FDCPA"), 28 U.S.C. § 3001, *et seq.*, provides the procedures for collecting a debt.

15. "Debt" includes an amount owing to the United States on account of a penalty. 28 U.S.C. § 3002(3)(B).

16. The FDCPA provides that the Federal Rules of Civil Procedure shall apply. 28 U.S.C. § 3003(f).

17. Therefore, the United States files this Complaint pursuant to the Federal Rules seeking a judgment against Defendant for the penalty imposed pursuant to 19 U.S.C. § 1526(f).

## PRAYER FOR RELIEF

18. The United States respectfully requests:

    a. Judgment against Defendant in the principal total amount of $882,368.00.

    b. Interest on the judgment to accrue at the post-judgment rate until paid in full pursuant to 28 U.S.C. § 1961.

    c. For costs and disbursements incurred in this action.

    d. Any such further relief as the Court deems just and reasonable.

Dated: July 23, 2024.

Respectfully submitted,

NATALIE K. WIGHT, OSB #035576
United States Attorney

*/s/ M. Alex DeLorenzo*
M. ALEX DELORENZO, OSB #203641
Assistant United States Attorney

| DEPARTMENT OF HOMELAND SECURITY<br>U.S. CUSTOMS AND BORDER PROTECTION | Case Number<br>2021290430000101 |
|---|---|
| NOTICE OF PENALTY OR LIQUIDATED DAMAGES INCURRED<br>AND DEMAND FOR PAYMENT<br>19 USC 1618 AND 19 USC 1623 | Port Code and Name<br>2904 PORTLAND, OR |
| TO: Vasquez, VERONICA<br>3530 SOUTHWEST ANTELOPE AVENUE<br>REDMOND, OR 97756 | |

Demand is hereby made for payment of $882,368.00, representing ☑ Penalties ☐ Liquidated damages assessed against you for violation of law or regulation, or breach of bond, as set forth below:

On 03/30/2020 at DHL Express Consignment, Portland, Oregon, U.S. Customs and Border Protection seized On 3/30/2020 at Portland, Oregon, U. S. Customs and Border Protection seized 9 DHL express packages containing counterfeit merchandise, 6632763616, 7906914864, 6197546014, 1455084536, 6342426565, 6610322913, 3641638114, 3025132961 and 3249386976 (see attached). On 4/2/2020 at Portland, Oregon, U. S. Customs and Border Protection seized 2 DHL express packages containing counterfeit merchandise, 3145805714 and 9552075643 (see attached). and forfeited it pursuant to the provisions of title 19, United States Code, section 1526(e), (19 USC 1526(e)), as it was determined to be counterfeit, infringing on The merchandise included handbags, wallets, belts, ball caps, sweaters, t-shirts, sweat suits, backpacks and jewelry which infringed on a total of 31 different registered trademarks (see attached).. You were involved in this seizure in the following manner: You are identified as the Importer of Record (IOR)..

As a person directing, assisting financially or otherwise, or aiding and abetting the importation of this merchandise, you are subject to a civil penalty in an amount not more than the value the merchandise would have had if it were genuine, according to the manufacturer's suggested retail price (MSRP).

Please note our office phone has changed, we may be reached at is 503-335-2950.

| LAW OR REGULATION VIOLATED | | BOND BREACHED | |
|---|---|---|---|
| 19 USC 1526(f), 19 CFR 133.27(a), 19 USC 1526(e) | | Bond Activity Type:<br>Bond #: | |
| Description of Bond | Bond Type | Amount<br>$ | Bond Effective Date |
| Name and Address of Principal on Bond | | | |
| Name and Address of Surety on Bond | | Surety Identification No | |

CBP Form 5955A (01/15)

Page 1 of 2

Exhibit 1
Page 1 of 7

| **DEPARTMENT OF HOMELAND SECURITY**<br>**U.S. CUSTOMS AND BORDER PROTECTION** | **Case Number**<br>2021290430000101 |
|---|---|
| NOTICE OF PENALTY OR LIQUIDATED DAMAGES INCURRED<br>AND DEMAND FOR PAYMENT<br>19 USC 1618 AND 19 USC 1623 | **Port Code and Name**<br>2904 PORTLAND, OR |
| **TO:** Vasquez, VERONICA<br>3530 SOUTHWEST ANTELOPE AVENUE<br>REDMOND, OR 97756 | |

**If you feel there are extenuating circumstances, you have the right to object to the above action. Your petition should explain why you should not be penalized for the cited violation. Write the petition as a letter or in legal form; submit in duplicate, addressed to the Fines, Penalties and Forfeitures Officer at: FPF OFFICE, 8337 NE ALDERWOOD RD, PORTLAND, OR 97220-0000.**

| | **TIME LIMIT FOR PAYMENT OR FILING PETITION FOR RELIEF**<br><br>60 days from the date of this notice |
|---|---|
| Unless the amount herein demanded is paid or a petition for relief is filed with the FP&F officer within the indicated time limit, further action will be taken in connection with your bond or the matter will be referred to the Justice Department. Payment may be made through pay.gov or by remitting to the address above. Any partial payments will not be considered an accord and satisfaction of the claim. | |

| Signature<br>MEGAN FISHEL | Title<br>FPF Officer (503) 326-2300 | Date<br>10/21/2020 |
|---|---|---|

Seizure case number 2020-2904-000223-01

| Quantity | Property Description | CBP TMK # | USPTO reg. # |
|---|---|---|---|
| 89 each | counterfeit Louis Vuitton large handbags | 07-00786 | 1045932 |
| 31 each | counterfeit Louis Vuitton medium handbags | 07-00786 | 1045932 |
| 105 each | counterfeit Louis Vuitton small handbags | 07-00786 | 1045932 |
| 9 each | counterfeit Louis Vuitton small makeup bags | 07-00786 | 1045932 |
| 14 each | counterfeit Louis Vuitton belts | 07-00786 | 1045932 |
| 62 each | counterfeit Louis Vuitton wallets | 07-00786 | 1045932 |
| Trademark Description: Word Mark Louie Vuitton ||||
| 30 each | counterfeit Louis Vuitton t-shirts | 13-00874 | 1770131 |
| 14 each | counterfeit Louis Vuitton sweatsuits | 13-00874 | 1770131 |
| 8 each | counterfeit Louis Vuitton sweaters | 13-00874 | 1770131 |
| 11 each | counterfeit Louis Vuitton ball caps | 13-00874 | 1770131 |
| Trademark Description: Toile Monogram - Design ||||
| Trademark Representative: Kenneth Klug (Louis Vuitton) ||||
| Address: 1 E. 57th Street, New York, NY 10022 ||||

| Quantity | Property Description | CBP TMK # | USPTO reg. # |
|---|---|---|---|
| 4 each | counterfeit Christian Dior Couture handbags | 00-00620 | 1923564 |
| Trademark Description: Dior Stylized ||||
| Trademark Representative: Kenneth Klug, Attention: IP Department ||||
| Address: 1 E. 57th Street, New York, NY 10022 ||||

| Quantity | Property Description | CBP TMK # | USPTO reg. # |
|---|---|---|---|
| 14 each | counterfeit Gucci large handbags | 11-00865 | 1107311 |
| 30 each | counterfeit Gucci small handbags | 11-00865 | 1107311 |
| 5 each | counterfeit Gucci wallets | 11-00865 | 1107311 |
| Trademark Description: GG Stylized, G with inverted G, non-interlocking GG ||||
| 8 each | counterfeit Gucci belts | 11-00923 | 1106722 |
| Trademark Description: GG Stylized, G with inverted G, non-interlocking GG ||||
| 5 each | counterfeit Gucci sweatsuits | 06-01012 | 3072547 |
| 49 each | counterfeit Gucci t-shirts | 06-01012 | 3072547 |
| 16 each | counterfeit Gucci sweaters | 06-01012 | 3072547 |
| 8 each | counterfeit Gucci ballcaps | 06-01012 | 3072547 |
| Trademark Description: GG, Word Mark and Circle Design ||||
| Trademark Representative: Jessica Haugen, Gucci America, Inc. Legal Department ||||
| Address: 195 Broadway, 12th Floor, New York, NY 10007 ||||

| Quantity | Property Description | CBP TMK # | USPTO reg. # |
|---|---|---|---|
| 17 each | counterfeit Coach small handbags | 07-00775 | 1071000 |
| Trademark Description: Word Mark and Design, CC CC and Design, Paired CC Design ||||
| Trademark Representative: Karla Aspiras, Intellectual Property Counsel ||||
| Address: 10 Hudson Yards, New York, NY 10001 ||||

| Quantity | Property Description | CBP TMK # | USPTO reg. # |
|---|---|---|---|
| 16 each | counterfeit Chanel sweatsuits | 13-00365 | 4241822 |

Exhibit 1
Page 3 of 7

| Quantity | Property Description | CBP TMK # | USPTO reg. # |
|---|---|---|---|
| 26 each | counterfeit Chanel sweaters | 13-00365 | 4241822 |
| 40 each | counterfeit Chanel t-shirts | 13-00365 | 4241822 |
| 9 each | counterfeit Chanel ballcaps | 13-00365 | 4241822 |
| 1 each | counterfeit Chanel wallet | 13-00365 | 4241822 |
| Trademark Description: Back-to-Back Interlocking CC'S-Stylized ||||
| 7 each | counterfeit Chanel large handbags | 06-00705 | 3025934 |
| 16 each | counterfeit Chanel small handbags | 06-00705 | 3025934 |
| Trademark Description: three quarter view of Chanel CC monogram ||||
| Trademark Representative: Adrienne Hahn, Chanel Legal Deprtment ||||
| Address: 9 West 57th Street, New York, NY 10019 ||||

| Quantity | Property Description | CBP TMK # | USPTO reg. # |
|---|---|---|---|
| 5 each | counterfeit Burberry large handbags | 07-00505 | 2022789 |
| 5 each | counterfeit Burberry small handbags | 07-00505 | 2022789 |
| 3 each | counterfeit Burberry wallets | 07-00505 | 2022789 |
| Trademark Description: Red, brown, gray, black & white plaid pattern ||||
| Trademark Representative: Melissa Roth, Esq. Burberry Ltd. ||||
| Address: 444 Madison Avenue, New York, NY 10022 ||||

| Quantity | Property Description | CBP TMK # | USPTO reg. # |
|---|---|---|---|
| 3 each | counterfeit Puma small handbags | 02-00650 | 1189319 |
| Trademark Description: Word Mark, Puma and Leaping Puma Design ||||
| Trademark Representative: Peter Mastrostefano ||||
| Address: 5 Lyberty Way, Westford, MA 01886 ||||

| Quantity | Property Description | CBP TMK # | USPTO reg. # |
|---|---|---|---|
| 8 each | counterfeit Adidas sweatsuits | 06-00113 | 1300627 |
| Trademark Description: Adidas Word Mark ||||
| Trademark Representative: Mia Gutierrez ||||
| Address: 5055 N. Greeley Avenue, Mail Stop A-3-12B, Portland, OR 97217 ||||

| Quantity | Property Description | CBP TMK # | USPTO reg. # |
|---|---|---|---|
| 6 each | counterfeit Versace t-shirts | 03-00467 | 2426052 |
| 2 each | counterfeit Versace sweaters | 03-00467 | 2426052 |
| Trademark Description: Word Mark, Versace Jeans Couture ||||
| 1 each | counterfeit Michael Kors backpack | 09-00185 | 2520757 |
| Trademark Description: Word Mark, Michael Kors ||||
| Trademark Representative: Jenna Curtis, Director of Brand Protection (Versace/Michael Kors) ||||
| Address: 11 West 42nd Street, New York, NY 10036 ||||

| Quantity | Property Description | CBP TMK # | USPTO reg. # |
|---|---|---|---|
| 9 each | counterfeit Hermes t-shirts | 15-00497 | 4687132 |
| Trademark Description: H in Stylized Form ||||
| Trademark Representative: Heather McDonald c/o Baker Hostetler LLP ||||
| Address: 45 Rockefeller Plaza, New York, NY 10111 ||||

| Quantity | Property Description | CBP TMK # | USPTO reg. # |
|---|---|---|---|

Exhibit 1
Page 4 of 7

| 2 each | counterfeit Nike t-shirts | 05-00178 | 1277066 |
|---|---|---|---|
| Trademark Description: Word Mark NIKE ||||
| 4 each | Counterfeit Converse t-shirts | 05-00596 | 1868363 |
| Trademark Description: Word Mark CONVERSE ||||
| Trademark Representative: Newton Vierra, Nike Inc. (Nike /Converse) ||||
| Address: One Bowerman Drive, Beaverton, OR 97005 ||||

| Quantity | Property Description | CBP TMK # | USPTO reg. # |
|---|---|---|---|
| 5 each | counterfeit Balenciaga t-shirts | 18-00262 | 1018311 |
| Trademark Description: Stylized wording "BALENCIAGA" ||||
| Trademark Representative: G. Roxanne Elings ||||
| Address: 1251 Avenue of the Americas, 21st Floor, New York, NY 10020 ||||

| Quantity | Property Description | CBP TMK # | USPTO reg. # |
|---|---|---|---|
| 1 each | counterfeit Yves Saint Laurent small handbag | 13-00193 | 1745483 |
| Trademark Description: Word Mark Yves Saint Laurent ||||
| Trademark Representative: Jess Collen The Holyoke-Manhattan Building ||||
| Address: 80 South Highland Avenue, Ossining, NY 10562 ||||

| Quantity | Property Description | CBP TMK # | USPTO reg. # |
|---|---|---|---|
| 2 each | counterfeit Prada ballcaps | 13-00054 | 2162795 |
| Trademark Description: Word Mark in Stylized Form - PRADA ||||
| Trademark Representative: David R. Warren, VP, General Counsel, Prada USA Corp. ||||
| Address: 620 West 52nd Avenue, New York, NY 10019 ||||

| Quantity | Property Description | CBP TMK # | USPTO reg. # |
|---|---|---|---|
| 6 each | counterfeit Givenchy t-shirts | 07-00793 | 1282216 |
| Trademark Description: Mark consisting of fanciful arrangement of 4 "G's" in a square ||||
| Trademark Representative: Laurent Marcadier ||||
| Address: 22, Avenue Montaigne, Paris, France 75008 ||||

| Quantity | Property Description | CBP TMK # | USPTO reg. # |
|---|---|---|---|
| 7 each | counterfeit Fendi t-shirts | 17-00580 | 3940027 |
| Trademark Description: Word Mark Fendi ||||
| Trademark Representative: Marie-Laure Bonnaffous, IP Manager ||||
| Address: Palazzo della Civilta Italiana, Quadrato della Concordia, 3, Rome, Italy 00144 ||||

| Appraised Domestic Value: $62,177.00 |
|---|

Exhibit 1
Page 5 of 7

Seizure case number 2020-2904-000228-01

| Quantity | Property Description | CBP TMK # | USPTO reg. # |
|---|---|---|---|
| 9 each | counterfeit Louis Vuitton sweatsuits | 13-00874 | 1770131 |
| 4 each | counterfeit Louis Vuitton shirts | 13-00874 | 1770131 |
| 4 each | counterfeit Louis Vuitton wallets | 13-00874 | 1770131 |
| 1 each | counterfeit Louis Vuitton makeup case | 13-00874 | 1770131 |
| Trademark Description: Toile Monogram - Design ||||
| 1 each | counterfeit Louis Vuitton belt | 07-00786 | 1045932 |
| Trademark Description: Word Mark Louis Vuitton ||||
| 3 each | counterfeit Louis Vuitton watches | 07-00762 | 2904197 |
| Trademark Description: Word Mark Louis Vuitton ||||
| 2 each | counterfeit Louis Vuitton ballcaps | 04-00361 | 1794905 |
| Trademark Description: Word Mark in Stylized Form - LV ||||
| Trademark Representative: Kenneth Klug (Louis Vuitton) ||||
| Address: 1 E. 57th Street, New York, NY 10022 ||||

| Quantity | Property Description | CBP TMK # | USPTO reg. # |
|---|---|---|---|
| 5 each | counterfeit Christian Dior Couture brooches | 00-00620 | 1923564 |
| Trademark Description: Dior Stylized ||||
| Trademark Representative: Kenneth Klug, Attention: IP Department ||||
| Address: 1 E. 57th Street, New York, NY 10022 ||||

| Quantity | Property Description | CBP TMK # | USPTO reg. # |
|---|---|---|---|
| 3 each | counterfeit Gucci makeup cases | 18-00373 | 5073022 |
| 3 each | counterfeit Gucci small handbags | 18-00373 | 5073022 |
| 3 each | counterfeit Gucci wallets | 18-00373 | 5073022 |
| Trademark Description: Letter GG Stylized Format ||||
| 5 each | counterfeit Gucci sweaters | 06-01012 | 3072547 |
| 2 each | counterfeit Gucci t-shirts | 06-01012 | 3072547 |
| 3 each | counterfeit Gucci ballcaps | 06-01012 | 3072547 |
| Trademark Description: GG, Word Mark and Circle Design ||||
| 5 pair | counterfeit Gucci earrings | 12-01159 | 3470140 |
| 5 each | counterfeit Gucci brooches | 12-01159 | 3470140 |
| Trademark Description: Interlocking Non-Facing GG ||||
| Trademark Representative: Jessica Haugen, Gucci America, Inc. Legal Department ||||
| Address: 195 Broadway, 12th Floor, New York, NY 10007 ||||

| Quantity | Property Description | CBP TMK # | USPTO reg. # |
|---|---|---|---|
| 3 each | counterfeit Chanel sweatsuits | 13-00365 | 4241822 |
| 14 each | counterfeit Chanel shirts | 13-00365 | 4241822 |
| 4 each | counterfeit Chanel ballcaps | 13-00365 | 4241822 |
| Trademark Description: Back-to-Back Interlocking CC'S-Stylized ||||
| 5 each | counterfeit Chanel wallet | 02-00742 | 1733051 |
| 6 each | counterfeit Chanel small handbags | 02-00742 | 1733051 |
| Trademark Description: Word Mark, Chanel ||||
| 89 pair | counterfeit Chanel earrings | 89-00299 | 1501898 |

Exhibit 1
Page 6 of 7

| 13 each | counterfeot Chanel brooches | 89-00299 | 1501898 |
|---|---|---|---|
| Trademark Description: Back-to-Back Interlocking Cs ||||
| Trademark Representative: Adrienne Hahn, Chanel Legal Deprtment ||||
| Address: 9 West 57th Street, New York, NY 10019 ||||

| Quantity | Property Description | CBP TMK # | USPTO reg. # |
|---|---|---|---|
| 1 each | counterfeit Burberry sweatsuit | 05-00695 | 1241222 |
| 1 each | counterfeit Burberry sweater | 05-00695 | 1241222 |
| Trademark Description: Red, brown, gray, black & white plaid pattern ||||
| Trademark Representative: Melissa Roth, Esq. Burberry Ltd. ||||
| Address: 444 Madison Avenue, New York, NY 10022 ||||

| Quantity | Property Description | CBP TMK # | USPTO reg. # |
|---|---|---|---|
| 1 each | counterfeit Hermes belt | 15-00497 | 4687132 |
| Trademark Description: H in Stylized Form ||||
| Trademark Representative: Heather McDonald c/o Baker Hostetler LLP ||||
| Address: 45 Rockefeller Plaza, New York, NY 10111 ||||

| Quantity | Property Description | CBP TMK # | USPTO reg. # |
|---|---|---|---|
| 2 each | counterfeit Nike sweaters | 05-00178 | 1277066 |
| Trademark Description: Word Mark NIKE ||||
| Trademark Representative: Newton Vierra, Nike Inc. (Nike /Converse) ||||
| Address: One Bowerman Drive, Beaverton, OR 97005 ||||

| Quantity | Property Description | CBP TMK # | USPTO reg. # |
|---|---|---|---|
| 2 pair | counterfeit Yves Saint Laurent earrings | 13-00193 | 1745483 |
| Trademark Description: Word Mark Yves Saint Laurent ||||
| Trademark Representative: Jess Collen The Holyoke-Manhattan Building ||||
| Address: 80 South Highland Avenue, Ossining, NY 10562 ||||

| Quantity | Property Description | CBP TMK # | USPTO reg. # |
|---|---|---|---|
| 1 each | counterfeit Tommy Hilfiger sweatsuit | 93-00727 | 1398612 |
| Trademark Description: Word Mark Tommy Hilfiger ||||
| Trademark Representative: Simon Bock ||||
| Address: 285 Madison Avenue, 6th Floor, New York, NY 10001 ||||

| Quantity | Property Description | CBP TMK # | USPTO reg. # |
|---|---|---|---|
| 1 each | counterfeit Fendi ballcap | 17-00580 | 3940027 |
| 1 each | counterfeit Fendi belt | 17-00580 | 3940027 |
| Trademark Description: Word Mark Fendi ||||
| Trademark Representative: Marie-Laure Bonnaffous, IP Manager ||||
| Address: Palazzo della Civilta Italiana, Quadrato della Concordia, 3, Rome, Italy 00144 ||||

| Appraised Domestic Value: $11,799.00 |
|---|

Exhibit 1
Page 7 of 7



# U.S. Customs and Border Protection
FPF OFFICE
8337 NE ALDERWOOD RD
PORTLAND OR 97220-0000

This Bill is a notice of debt currently owed to U.S. Customs and Border Protection (CBP).

| | |
|---|---|
| 676 1 MB 0.439 P2 T3 43949-1-7-1 | Importer Number: |
| BILL TO: VASQUEZ, VERONICA<br>3530 SOUTHWEST ANTELOPE AVENUE<br>REDMOND OR 97756 | Bill Number: FP00038435 |
| | Bill Date: 12/26/2020 |
| | Port of Service/Charge: 2904 |

For Bill Inquiries Please Contact the CBP Port Office at (503) 326-2300.

| Transaction Date | Reference Name | Transaction Identification | Type of Charge | Amount |
|---|---|---|---|---|
| 10/21/2020 | FPF CASE | 2021290430000101 | PENALTY | 882368.00 |

APPROPRIATE ACTION WAS NOT TAKEN ON THE ASSESSED CLAIM. THE CLAIM IS DUE AND PAYABLE WITHIN TEN (10) DAYS FROM THE DATE OF THIS DEMAND.

VIOLATOR: VASQUEZ, VERONICA

VIOLATION DATE: 03-30-2020

FIRST NOTICE

RECV'D FP&F
JAN 1 9 2021
C.B.P.
PORTLAND, OREGON

**Pay Full Amount Due upon Receipt: 882368.00**

PAYER'S COPY                                CBP FORM 6084SC (03/12)

---

Enclose this portion with remittance

Bill Date: 12/26/2020
Bill To: VASQUEZ, VERONICA
3530 SOUTHWEST ANTELOPE AVENUE
REDMOND OR 97756

Bill Number: FP00038435
Transaction Identification: 2021290430000101
FIRST NOTICE
Amount Due: 882368.00
Amount Enclosed: _____

FPF OFFICE
8337 NE ALDERWOOD RD
PORTLAND OR 97220-0000

PLEASE ADVISE OF ANY ADDRESS CHANGE                    CBP FORM 6084SC (03/12)

Exhibit 2
Page 1 of 1



# U.S. Customs and Border Protection

FPF OFFICE
8337 NE ALDERWOOD RD
PORTLAND OR 97220

This Bill is a notice of debt currently owed to U.S. Customs and Border Protection (CBP).

```
583  1 MB 0.439 P2 T3  44052-1-3-1
BILL TO:  VASQUEZ, VERONICA
          3530 SOUTHWEST ANTELOPE AVENUE
          REDMOND OR 97756
```

Importer Number:
Bill Number:           FP00038435
Bill Date:             01/09/2021
Port of Service/Charge: 2904

For Bill Inquiries Please Contact the CBP Port Office at (503) 335-2950.

| Transaction Date | Reference Name | Transaction Identification | Type of Charge | Amount |
|---|---|---|---|---|
| 10/21/2020 | FPF CASE | 2021290430000101 | PENALTY | 882368.00 |

THIS CLAIM IS DELINQUENT. IF NOT SATISFIED IMMEDIATELY, SANCTIONS MAY BE PROPOSED AND THE CLAIM REFERRED FOR LEGAL ACTION.

VIOLATOR: VASQUEZ, VERONICA

VIOLATION DATE: 03-30-2020

SECOND NOTICE ISSUED

RECV'D FP&F
JAN 19 2021
C.B.P.
PORTLAND, OREGON

Pay Full Amount Due upon Receipt: 882368.00

PAYER'S COPY                                          CBP FORM 6084SC (03/12)

---

Enclose this portion with remittance

Bill Date:   01/09/2021
Bill To:     VASQUEZ, VERONICA
             3530 SOUTHWEST ANTELOPE AVENUE
             REDMOND OR 97756

Bill Number:                      FP00038435
Transaction Identification:       2021290430000101
SECOND NOTICE ISSUED
Amount Due:                       882368.00
Amount Enclosed:                  _____

FPF OFFICE
8337 NE ALDERWOOD RD
PORTLAND OR 97220

PLEASE ADVISE OF ANY ADDRESS CHANGE                    CBP FORM 6084SC (03/12)

Exhibit 3
Page 1 of 1



**U.S. Customs and Border Protection**
FPF OFFICE
8337 NE ALDERWOOD RD
PORTLAND OR  97220

This Bill is a notice of debt currently owed to U.S. Customs and Border Protection (CBP).

```
631  1 MB 0.450 P2 T3  44052-1-7-1
BILL TO:  VASQUEZ, VERONICA
          3530 SOUTHWEST ANTELOPE AVENUE
          REDMOND OR 97756
```

| | |
|---|---|
| Importer Number: | |
| Bill Number: | FP00038435 |
| Bill Date: | 01/23/2021 |
| Port of Service/Charge: | 2904 |

For Bill Inquiries Please Contact the CBP Port Office at (503) 335-2950.

| Transaction Date | Reference Name | Transaction Identification | Type of Charge | Amount |
|---|---|---|---|---|
| 10/21/2020 | FPF CASE | 2021290430000101 | PENALTY | 882368.00 |

FINAL DEMAND - DELINQUENT ACCOUNT.  CLAIM WILL BE REFERRED FOR SANCTIONS AND LEGAL ACTION TEN (10) DAYS FROM THE DATE OF THIS DEMAND.

VIOLATOR: VASQUEZ, VERONICA

VIOLATION DATE: 03-30-2020

THIRD NOTICE ISSUED

**Pay Full Amount Due upon Receipt: 882368.00**

PAYER'S COPY                           CBP FORM 6084SC (03/12)

Enclose this portion with remittance

Bill Date:  01/23/2021
Bill To:    VASQUEZ, VERONICA
            3530 SOUTHWEST ANTELOPE AVENUE
            REDMOND OR 97756

RECV'D FP&F
FEB 0 1 2021
C.B.P
PORTLAND, OREGON

Bill Number:                FP00038435
Transaction Identification: 2021290430000101
THIRD NOTICE ISSUED
Amount Due:                 882368.00
Amount Enclosed:            _____

FPF OFFICE
8337 NE ALDERWOOD RD
PORTLAND OR  97220

PLEASE ADVISE OF ANY ADDRESS CHANGE                  CBP FORM 6084SC (03/12)

Exhibit 4
Page 1 of 1



U.S. DEPARTMENT OF HOMELAND SECURITY
Office of the Assistant Chief Counsel
1000 Second Avenue, Ste 2200
Seattle, WA 98104

**U.S. Customs and Border Protection**

DATE: March 25, 2021
FILE: SE-2021-00111:IZ

Ms. Veronica Vasquez
3530 Southwest Antelope Avenue
Redmond, OR 97756

   Re: U.S. Customs and Border Protection (CBP) Penalty Case No. 2021290430000101

Dear Ms. Vasquez:

This is the final demand for payment of a penalty in the amount of $882,368. The penalty was assessed against you pursuant to 19 U.S.C. § 1526(f) for the importation of merchandise determined to be infringing on 31 registered trademarks, including Luis Vuitton, Gucci, Christian Dior, and Burberry. The infringing merchandise, with a total domestic value of $73,976, was seized under CBP case 2020290400022301 and case 2020290400022801. You have previously been provided with copies of the Notice of Penalty and related documents. Demand for payment has been made against you since at least December 26, 2020. As of the date of this letter, payment of the outstanding amount has not been received.

The Director, Fines, Penalties and Forfeitures, U.S. Customs and Border Protection (CBP), has forwarded this matter to my office for referral to the Office of the United States Attorney for initiation of collection litigation. However, before we initiate costly litigation, we would like to offer you a final opportunity to make this payment or otherwise resolve this matter with us. Payment should be made by check payable to CBP and mailed to this office at the address above within 15 days of the date of this letter. We remain willing to consider other resolutions to this case. However, should you fail to pay this penalty or make other arrangements for its disposition, we will take all appropriate steps to collect this debt, including referral to the U.S. Attorney's Office for institution of a collection action.

If you have any questions, or would like to discuss this matter, please contact me or Attorney Ina Zing of my office at (206) 512-7086 or ina.a.zing@cbp.dhs.gov.

          Sincerely,

          *Elizabeth K. Yaeger*

          Elizabeth K. Yaeger
          Assistant Chief Counsel

Exhibit 5
Page 1 of 1

| | | |
|---|---|---|
| **PORTLAND MAIN OFFICE**<br>1000 SW Third Avenue, Suite 600<br>Portland, Oregon 97204<br>(503) 727-1000<br>www.usdoj.gov/usao/or<br><br>M. Alex DeLorenzo<br>Assistant United States Attorney<br>(503) 727-1000<br>*Reply to Portland Office* | <br><br>**U.S. DEPARTMENT OF JUSTICE**<br>United States Attorney's Office<br>District of Oregon<br>Natalie K. Wight<br>United States Attorney | **EUGENE BRANCH**<br>405 E 8th Avenue, Suite 2400<br>Eugene, Oregon 97401<br>(541) 465-6771<br><br>**MEDFORD BRANCH**<br>310 West Sixth Street<br>Medford, Oregon 97501<br>(541) 776-3564 |

June 7, 2024

VIA FIRST CLASS AND CERTIFIED MAIL

Veronica Vasquez
3530 Southwest Antelope Avenue
Redmond, OR 97756

      Re:    U.S. Customs and Border Protection Penalty Case No. 2021290430000101
             Total Amount Due: $882,368.00
             Payment Due Date: Immediately

Dear Ms. Vasquez:

The U.S. Customs and Border Protection ("Customs") has referred your debt in the above referenced amount to the United States Attorney's Office to initiate federal enforcement actions against you for the collection of this debt. If enforcement actions are filed, this office will seek additional costs and fees where applicable, which will be added to your debt.

To avoid legal action against you and further increases to the amount you owe, you should pay this debt in full, immediately upon receipt of this letter, or contact the United States Attorney's Office at (503) 727-1000 to discuss this debt. If you or your attorney do not contact this office the following may occur:

- The federal court can enter a judgment ordering you to pay. Judgments do not expire and may appear on your credit report.
- Liens may be placed on any property you own, which means you cannot sell or transfer your property until the debt has been paid in full.
- Enforcement of the judgment may include attachment or execution of your non-exempt personal property, offset of your federal tax refund, and garnishment of your wages.

How do you pay your debt?

- Pay Online: Visit https://pay.gov/public/form/start/5137251
- Pay by Mail: Send a check or money order payable to the U.S. Department of Justice in the enclosed, self-addressed envelope and include your name and the above referenced case number on the face of your check.

                                                                                    Sincerely,

                                                                                   NICOLE SMITH
                                                                                   Paralegal Specialist

Exhibit 6
Page 1 of 1



1000 Second Avenue, Suite 2200
Seattle, WA 98104

U.S. Customs and Border Protection

DATE: May 29, 2024
FILE: SE:2021-00111:IZ

CERTIFICATE OF INDEBTEDNESS

Debtor's Name:  Veronica Vasquez
Debtor's Address:  3530 SW Antelope Avenue, Redmond, Oregon 97756
Debtor's Social Security Number:  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
Total debt due United States as of May 29, 2024:  $882,368

I certify that records show that the debtor named above is indebted to the United States in the amount stated above.

Summary of debt origination:
The claim arose in connection with a civil penalty issued to the debtor under 19 U.S.C. § 1526(f) for the importation of merchandise determined to be infringing on multiple trademarks.

Agency claim number:  2021290430000101
Notice of Penalty (date debt incurred):  October 21, 2020
First bill:  December 26, 2020
Second bill:  January 9, 2021
Third bill: January 23, 2021
Final demand letter:  March 25, 2021
Principal:  $882,368
Interest:  not applicable
Administrative fees:  not applicable
Penalties for non-payment:  not applicable
Payment History:  none

CERTIFICATION: Pursuant to 28 USC § 1746, I certify under penalty of perjury that the foregoing is true and correct.

_____        May 29, 2024
Ina A. Zing                                                 Date
Attorney

Exhibit 7
Page 1 of 1